**No. 49407.**—Protest 938083–G of Stone & Downer Co. (Boston).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). It was conceded that the merchandise at bar is the same in all material respects as similar merchandise covered by said cited decision, the record in which was incorporated herein. On the record presented the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protest was sustained to this extent.

BEFORE THE SECOND DIVISION. MAY 12, 1944

**No. 49408.**—Protests 492554–G, etc., of E. M. Poons Co. of Kobe, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of 8-bu. hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was incorporated herein. On the record presented those hats imported and withdrawn for consumption prior to the effective date of said trade agreement were held dutiable at 25 percent ad valorem under paragraph 1504 (b)(5), and those subsequent thereto were held dutiable at 12½ percent under paragraph 1504 (b)(5) as modified by the said Netherlands Trade Agreement (T. D. 48075). Protests were sustained to this extent.

**No. 49409.**—Protests 739313–G(B), etc., of Genuine Panama Hat Works, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consisted of 8-bu. paper Toyo hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at 25 percent was sustained as to certain of the items.